LORENZO F. PADILLA, Appellant, v THOMAS A. BRAWN et al., Respondents. [624 NYS2d 1019] —Motions to reinstate appeal and for other relief denied. Memorandum: Plaintiff's appeal from an order entered October 30, 1992 was dismissed on August 25, 1993 for failure to perfect. Since that time, plaintiff has made no fewer than five motions to reinstate prosecution of the appeal. Although given the opportunity, plaintiff has failed to show merit to the appeal. This Court will not entertain any further motion to reinstate the appeal. Present—Green, J. P., Fallon, Callahan, Doerr and Boehm, JJ.

 PEOPLE, Respondent, v EDWARD JAROSZ, Appellant. [624 NYS2d 1019] —Motion to dismiss appeal granted; appeal dismissed as academic and matter remitted to Supreme Court to vacate conviction and dismiss indictment either *sua sponte* or on application by District Attorney or attorney who appeared for appellant *(see, People v Matteson,* 153 AD2d 793, *affd* 75 NY2d 745). Present—Pine, J. P., Lawton, Wesley, Balio and Davis, JJ.

 PEOPLE v RICHARD McMULLIN, Defendant. [624 NYS2d 1020] —Motion to extend time to seek leave to appeal denied as unnecessary. Memorandum: The People have failed to provide the Court with proof of service indicating that defendant was served with a copy of the order denying his CPL 440.10 motion. Therefore, defendant's time to seek leave to appeal from that order has not begun to run *(see,* CPL 460.10 [4] [a]). Present—Green, J. P., Pine, Wesley, Callahan and Davis, JJ.